# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

July 12, 2012

*By the Court:*

No. 11-1112

| | |
|---|---|
| JAMES E. KILLIAN, as Independent Administrator of the Estate of Susan M. Killian, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *Plaintiff-Appellant,* | |
| *v.* | No. 07 C 4755 |
| CONCERT HEALTH PLAN, et al., | Marvin E. Aspen and |
| *Defendants-Appellees.* | Gary S. Feinerman, *Judges.* |

## O R D E R

The petition for rehearing en banc is **GRANTED**. The panel's opinion and judgment previously issued on April 19, 2012, are **VACATED**.

Oral argument will be set by the court at a date to be determined.